# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 73RD JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 15, 2015, the cause upon appeal to revise or reverse your judgment between

Golden Rehabilitation Center, L.L.C., Appellant

V.

Juanita Perez, Virginia Garcia, Paul Zapata, and Sylvia Sanchez, Individually and as Heirs of Elisa Zapata, Appellee

No. 04-13-00821-CV and Tr. Ct. No. 2013-CI-06946

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is reinstated, the stay imposed upon the trial court proceedings is lifted and this appeal is dismissed. The cause is remanded to the trial court for rendition of judgment in accordance with the parties' settlement agreement.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on September 23, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00821-CV

## Golden Rehabilitation Center, L.L.C.

**v.**

## Juanita Perez, Virginia Garcia, Paul Zapata, and Sylvia Sanchez, Individually and as Heirs of Elisa Zapata

(NO. 2013-CI-06946 IN 73RD JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | GAVIN MCINNIS |
| MOTION FEE | $10.00 | E-PAID | LORIEN WHYTE |
| MOTION FEE | $15.00 | E-PAID | LORIEN WHYTE |
| MOTION FEE | $10.00 | PAID | BRIN & BRIN |
| REPORTER'S RECORD | $134.26 | PAID | GOLDEN REHAB--TO BE BILLED |
| CLERK'S RECORD | $58.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | BRIN & BRIN |
| INDIGENT | $25.00 | E-PAID | BRIN & BRIN |
| FILING | $100.00 | E-PAID | BRIN & BRIN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | BRIN & BRIN |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | BRIN & BRIN |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this September 23, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853